UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                         Case No. 11-cr-115-01-JL

<u>Judith Kravitz</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 18) filed by defendant is granted. Final Pretrial is rescheduled to March 23, 2012 at 10:00 a.m.; Trial is continued to the two-week period beginning April 3, 2012, 9:30 a.m. Counsel are reminded however, that Motions to Continue should be filed one week before Final Pretrial.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                */s/ Joseph N. Laplante*
                                                Joseph N. Laplante
                                                Chief Judge

Date: January 24, 2012

cc: Matthew J. Lahey, Esq.
     Alfred J.T. Rubega, Esq.
     U.S. Marshal
     U.S. Probation