UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                         Criminal No. 11-cr-115-01-JL

<u>Judith Kravitz</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 36) filed by defendant is granted.  No further continuances. Counsel for the USA is reminded of his representation that he would consult with the Chief of the Criminal Division regarding the case. The clerk shall send a copy of this endorsed order to the Chief of the Criminal Division, who should schedule a conference call with the court if he has questions or concerns.    Final Pretrial is rescheduled to October 29, 2012 at 2:00 p.m.; Trial is continued to the two-week period beginning November 6, 2012, 9:30 a.m. In addition to various filing deadlines contained in the local rules, the parties shall also file any in limine motions no later than ten (10) days prior to the final pretrial conference.  Objections to motions in limine shall be filed no later than three (3) days prior to the final pretrial conference.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                            _____
                                            Joseph N. Laplante
                                            Chief Judge

Date:  September 26, 2012

cc:  Matthew J. Lahey, Esq.
     Alfred J.T. Rubega, AUSA
     U.S. Marshal
     U.S. Probation